THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>LOWE'S COMPANIES, INC.,<br>HOME DEPOT USA, INC.,<br>WALMART STORES, INC.,<br>GEMMY INDUSTRIES CORPORATION;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1752<br><br>JUDGE MALACHY E. MANNION<br><br>**FILED SCRANTON**<br>JAN 05 2023<br>PER_____<br>DEPUTY CLERK<br><br>JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE

Plaintiff David J. Catanzaro respectfully requests an additional 90 days to complete service on the Defendants in this action. Plaintiff has recently suffered intense health issues which has led Plaintiff to taking new medications which continue to affect him physically and mentally. Plaintiff further requests the additional 90 days not only to complete service, but also to continue to seek counsel for possible representation. Also, Plaintiff has been actively engaged with the lead Defendant to resolve this matter. Plaintiff is hopeful that he will be successful resolving his grievances with said Defendant, which in turn would lead to dismissing the case with prejudice within the immediate future. It is also worthy for the court to note, that Plaintiff has actively and successfully resolved and dismissed two other infringement actions, along with

dismissing other Defendants in one other infringement lawsuit all filed in this district during the same time as this action. Based on all of the above, Plaintiff hereby asks this honorable court to allow him up to and including May 3rd 2023 to complete service on Defendants.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

**IT IS SO ORDERED:**

_____
HON. MALACHY E. MANNION
United States District Court Judge