UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-1752 |
| v. | : (JUDGE MANNION) |
| LOWE'S COMPANIES, INC., *et al.*, | : |
| Defendants | : |

## ORDER

Pending before the court is the plaintiff's motion for an extension of time to complete service. (Doc. 8). **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion for an extension of time **(Doc. 8)** is **GRANTED**.

(2) The plaintiff shall complete service upon the defendants on or before **May 3, 2023**.

MALACHY E. MANNION
United States District Judge

DATE: January 30, 2023
22-1752-01