THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>286 Upper Powderly Street<br>Carbondale, Pennsylvania 18407<br><br>Plaintiff,<br><br>VS.<br><br>LOWE'S COMPANIES, INC.,<br>HOME DEPOT USA, INC.,<br>WALMART STORES, INC.,<br>GEMMY INDUSTRIES CORPORATION;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-1752<br><br><br>JUDGE MALACHY E MANNION<br><br><br>JURY TRIAL DEMANDED<br><br>**FILED<br>SCRANTON**<br><br>FEB 21 2023<br><br>PER _____<br>DEPUTY CLERK |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the Federal rules of Civil Procedure, Defendants not having answered or otherwise appeared.

Respectfully submitted,

*/s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com